HON. BARBARA J. ROTHSTEIN

THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| PROVIDER, INC., a Washington corporation<br><br>Plaintiff,<br>v.<br><br>NORTHWEST INSTRUMENT, a company doing business in Washington<br><br>Defendant. | IN ADMIRALTY<br><br>Case No. 2:20-cv-00327-BJR<br><br>**AMENDED ORDER GRANTING MOTION FOR DEFAULT JUDGMENT** |

Plaintiff Provider, Inc. moves for entry of default judgment against defendant Northwest Instrument. The Clerk of the Court has entered defendant's default by reason of its failure to answer plaintiff's complaint. Dkt. #9. By failing to answer plaintiff's complaint, defendant has admitted the material factual allegations set forth in plaintiff's complaint.

Plaintiff's complaint seeks a judicial declaration that defendant's notice of claim of lien of April 28, 1982, recorded in PM 36/274 of United States Coast Guard records, does not constitute a lien upon the vessel PROVIDER, Official No. 549174 and that the lien is discharged in accordance with 46 U.S.C. § 31343(c)(2). These matters have been established by default.

Given the age of the mortgage and defendant's failure to contest plaintiff's contention that defendant has no claim of lien upon the PROVIDER, the motion for entry of default judgment is GRANTED.

The Clerk of the Court shall enter judgment declaring that defendant's April 28, 1982, notice of claim of lien, recorded in PM 36/274 of United States Coast Guard records, does not constitute a marine lien pursuant to 46 U.S.C. § 31343(c)(2) upon the PROVIDER, Official No. 549174 and that the claimed lien is discharged.

SO ORDERED on September 17, 2020.

*Barbara J. Rothstein*
Barbara Rothstein, U.S. District Court Judge